# EXHIBIT "A"

NCR
Zip Code Prompt.
Enter Zip Code or Key 00000.
IKEA
1
2
3
No Thanks
4
5
6
7
8
9
Clear
0
Enter
Amount Due: $21.19
Amount Paid: $0.00
ingenico

