# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REID YEOMAN, *ET AL.*<br><br>                    Plaintiffs,<br><br>v.<br><br>IKEA U.S.A. WEST, INC.,<br><br>                    Defendant. | Case No. 11-cv-00701-BAS(BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF REID YEOMAN'S INDIVIDUAL ACTION**<br><br>(ECF No. 272) |

Presently before the Court is a joint motion for voluntary dismissal without prejudice of Plaintiff Reid Yeoman's individual action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion (ECF No. 272), and **DISMISSES WITHOUT PREJUDICE** Plaintiff Reid Yeoman's individual action. Each party to bear its own costs.

   **IT IS SO ORDERED.**

**DATED:  January 7, 2015**

Hon. Cynthia Bashant
United States District Judge