**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REID YEOMAN, *ET AL.*<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>IKEA U.S.A. WEST, INC.,<br><br>　　　　　　　Defendant. | Case No. 11-cv-00701-BAS(BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF JUDGMENT (ECF NO. 271); AND**<br><br>**JUDGMENT** |

　　　　Presently before the Court is a joint motion for entry of judgment filed by Plaintiff Rita Medellin ("Plaintiff") and Defendant IKEA U.S. West, Inc. ("Defendant") (collectively, the "Parties"). (ECF No. 271.) The Parties request that entry of judgment be entered in favor of Plaintiff, individually, and against Defendant in the sum of Forty-Eight Dollars and no cents ($48.00). (*Id*. at p. 3.) The Parties stipulate that "[f]or purposes of Plaintiff's individual claim only, there is no prevailing party, and each party shall bear its own fees and costs with respect to the litigation of the action and judgment on Plaintiff's individual claim." (*Id*. at p. 5.)

Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion (ECF No. 271). Accordingly, the Court **TERMINATES AS MOOT** all pending motions. (ECF Nos. 166, 167, 168, 179, 180, 181.)

### JUDGMENT

**IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**

Judgment shall be entered in favor of Plaintiff Rita Medellin, individually, and against Defendant IKEA U.S. West, Inc. in the sum of Forty-Eight Dollars and no cents ($48.00). There is no prevailing party and each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

**DATED: January 7, 2015**

Hon. Cynthia Bashant
United States District Judge