FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 19 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RITA MEDELLIN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>IKEA U.S.A. WEST, INC.,<br><br>Defendant-Appellee. | No.  15-55174<br><br>D.C. No. 3:11-cv-00701-BAS-BGS<br>Southern District of California,<br>San Diego<br><br>ORDER |

The panel unanimously finds this case suitable for decision without oral argument. This case shall be submitted on the briefs and record, without oral argument, on January 11, 2017, at Pasadena, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7