

FILED

JAN 24 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RITA MEDELLIN, On Behalf of Herself and All Others Similarly Situated,<br><br>   Plaintiff-Appellant,<br><br> v.<br><br>IKEA U.S.A. WEST, INC.,<br><br>   Defendant-Appellee. | No. 15-55174<br><br>D.C. No.<br>3:11-cv-00701-BAS-BGS<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: TALLMAN and FRIEDLAND, Circuit Judges, and FABER,* Senior District Judge.

  Plaintiff-Appellant's petition for panel rehearing is DENIED.

---

  * The Honorable David A. Faber, Senior United States District Judge for the Southern District of West Virginia, sitting by designation.