# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

RITA MEDELLIN, *on behalf of herself and all others similarly situated*,

Plaintiff,

v.

IKEA U.S.A. WEST, INC.,

Defendant.

Case No. 11-cv-00701-BAS-BGS

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR LACK OF STANDING**

On January 7, 2015, the Court granted the parties' motion for entry of judgment in favor of Plaintiff Rita Medellin against Defendant IKEA U.S.A. West, Inc. (ECF No. 274.) Plaintiff thereafter appealed this Court's order decertifying her putative class action alleging violations of California's Song Beverly Credit Card Act of 1971, Cal. Civ. Code § 1747.08. (ECF No. 275.) The Ninth Circuit, however, concluded Plaintiff lacked standing to pursue this action because she alleged only a bare procedural violation of the Song Beverly Act and suffered no other cognizable harm. (ECF No. 283 (citing *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540, 1549 (2016)).) Thus, the Ninth Circuit vacated this Court's judgment and remanded the action with

1  instructions that this Court dismiss the action without prejudice for lack of standing.
2  (*Id.*) Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action for
3  lack of standing.
4       **IT IS SO ORDERED.**
5
6  **DATED: March 29, 2017**

                                          Hon. Cynthia Bashant
                                          United States District Judge